■ PROVIDENT LIFE & CASUALTY INSURANCE COMPANY, Appellant-Respondent, v ARLENE FRIEDMAN, Respondent-Appellant. — In an action for a declaratory judgment and money damages in which plaintiff insurance company seeks to, *inter alia,* rescind a disability insurance policy, (1) plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Queens County (Leviss, J.), dated March 31, 1981, as vacated service of a summons and complaint and (2) defendant appeals from an order of the same court (Kassoff, J.), dated August 7, 1981, which denied her motion to dismiss a later validly served summons and complaint, pursuant to CPLR 3211 (subd [a], par 7). Order dated August 7, 1981 affirmed, with $50 costs and disbursements (see *Unionmutual Stock Life Ins. Co. of N. Y. v Kliever,* 83 AD2d 805). Appeal from order dated March 31, 1981, dismissed as moot, without costs or disbursements. Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.

■ SENTINEL OIL CO., INC., Respondent, v MARTIN JOSEPH, Appellant. — Order of the Supreme Court, Westchester County (Marbach, J.), entered March 16, 1981, affirmed, without costs or disbursements. (See *Barasch v Micucci,* 49 NY2d 594; *Bruno v Village of Port Chester,* 77 AD2d 580.) Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.

■ HENRIETTA TAITELMAN et al., Appellants, v CITY OF NEW YORK, Respondent. — In a personal injury action, plaintiffs appeal from two orders of the Supreme Court, Queens County (Kunzeman, J.), dated March 30, 1981 and May 15, 1981, which, respectively, (1) granted defendant's motion to dismiss the action and denied plaintiffs' cross motion to compel acceptance of the complaint, and (2) denied plaintiffs' motion, denominated one pursuant to CPLR 5015 to vacate the prior order, and "adhered" to "the court's original decision". (The latter motion was in reality one for reargument. We deem the order entered thereon to have granted reargument and adhered to the original determination.) Appeal from the order dated March 30, 1981, dismissed, without costs or disbursements. That order was superseded by the order dated May 15, 1981. Order dated May 15, 1981 affirmed, without costs or disbursements. No opinion. Lazer, J. P., Mangano, O'Connor and Brown, JJ., concur.